respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BIOW BANCSERVICE, INC., Respondent, v. INDUSTRIAL FINANCE CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES EDWARD DAVENPORT, Appellant, v. HARRY K. THAW, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES EDWARD DAVENPORT, Appellant, v. HARRY K. THAW, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARY J. WELLES, Appellant, v. WILLIAM J. B. DALY, as Administrator, etc., of PATRICK H. J. DALY, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ADOLF H. LANDLEY, Appellant, v. H. HOBART PORTER and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DAVID H. LEVINE and Another, Respondents, v. ATLAS ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BOYLE HOLDING CORPORATION, Respondent, v. MEDGREEN REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNIE COHEN, Respondent, v. ALFRED RATH, Defendant, Impleaded with ABRAHAM FEINBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNIE COHEN, Appellant, v. ALFRED RATH, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JACOB COHEN, Respondent, v. ALFRED RATH, Defendant, Impleaded with ABRAHAM FEINBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JACOB COHEN, Appellant, v. ALFRED RATH, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HELEN SCHONFELD and MARTIN SCHONFELD, Appellants, v. TUDOR OPERATING CORPORATION and DAVID PERSACH, Respondents, Impleaded with Others, Defendants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CLARENCE E. BLOCK, Appellant, v. THE COLUMBIA WIRE COMPANY, a Corporation, and Others, Respondents.— Judgment affirmed, with costs to the respondents appearing and filing briefs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Appellant, v. HARRY H. DORSEN, Respondent.— Order affirmed, with ten dollars costs